## McArdle's Estate.

*Appeals—Review—Findings of fact—Orphans' court.*

The appellate court will not reverse a decree of the orphans' court based upon a finding of fact of the auditing judge confirmed by the court in banc, where there is sufficient testimony to sustain the finding, and the record shows no manifest error.

Argued Dec. 13, 1904. Appeal, No. 99, Oct. T., 1904, by Ruth McCarron, from decree of O. C. Phila. Co., Jan. T., 1901, No. 418, dismissing exceptions to adjudication in Estate of Anne McArdle, Deceased. Before RICE, P. J., BEAVER,

106, (1905).]    Statement of Facts—Opinion of the Court.

ORLADY, SMITH, PORTER, MORRISON and HENDERSON, JJ.
Affirmed.

Exceptions to adjudication.

*Error assigned* was the decree of the court.

*Joseph M. Smith*, with him *John A. Ward*, for appellant.

*M. Hampton Todd*, for appellees.

OPINION BY ORLADY, J., April 17, 1904 :

The auditing judge had before him the books of account and
the witnesses who were called to explain the complicated rela-
tions between the accountant and the funds before the court.
In rejecting the claim of Michael McCarron there was not a
finding against his claim as such, but only that there was not
sufficient evidence to fix this claim as one which the account-
ant was authorized to pay with the money in her hands, as
executrix of Ruth McCarron.   This finding was sustained by
the court in banc and a review of all the testimony has satis-
fied us that it should not be changed.

The decree is affirmed.